# **EXHIBIT 1**

**Sophia Grubb**

| | |
|---|---|
| From: | IDX <IDX@idxmail.help> |
| Sent: | Thursday, May 22, 2025 11:01 AM |
| To: | Sophia Grubb |
| Subject: | Notice of Security Incident |

CAUTION: External Email.



**This message could be suspicious**
- Similar name as someone in your company.
- This is their first email to you.

Report this Email or Mark as Safe         Powered by Mimecast

View in browser

Dear Sophia Grubb:

Alera Group, Inc. writes to inform you of an incident that may affect the privacy of some of your personal information. As a current or former Alera Group employee, or dependent of an Alera Group employee, Alera Group received certain personal information of yours and is sending you this notice. Although we are unaware of any identity theft or fraud directly related to this incident, we are providing you with information about the incident, our response and additional measures you can take to help protect your information, should you feel it appropriate to do so.

**What Happened?** On April 28, 2025, Alera Group confirmed that personal information may have been removed from its network as the result of unauthorized access to the Alera Group technology environment that occurred between July 19, 2024 and August 4, 2024. Upon first learning of the unauthorized activity in August 2024, we immediately began an investigation and reviewed the data that may be involved to determine whether it contained sensitive information and to whom that information related. Individuals are being notified based on the results of this review.

**What Information Was Involved?** Your name, and date of birth and Social Security number.

**What We Are Doing.** We have taken steps to secure our environment and completed a thorough and comprehensive investigation with the assistance of third-party cybersecurity specialists. We have implemented additional cybersecurity measures to further protect our environment. The confidentiality, privacy and security of information in our care is among our highest priorities.

1

As an added precaution, we are offering you immediate access to credit monitoring and identity theft protection services for 24 months at no cost to you, through IDX. You can find information on how to enroll in these services in the enclosed *STEPS YOU CAN TAKE TO PROTECT PERSONAL INFORMATION*. We encourage you to enroll in these services as we are not able to do so on your behalf.

**What You Can Do.** We encourage you to remain vigilant over the next 12 to 24 months against incidents of identity theft and fraud by reviewing your account statements and explanation of benefits, monitoring your free credit reports for suspicious activity and reporting any suspected identity theft to your financial institution. Please also review the information contained in the enclosed *STEPS YOU CAN TAKE TO PROTECT PERSONAL INFORMATION*.

**For More Information.** We understand that you may have questions about this event that are not addressed in this letter. If you have additional questions, please call 1-877-732-2719 from 8:00 a.m. CT to 8:00 p.m. CT, Monday through Friday, excluding major U.S. holidays. You may also write to us at 410 N. Michigan Avenue, Ste. 1200 Chicago, IL 60611.

Sincerely,

Alera Group, Inc.

## STEPS YOU CAN TAKE TO PROTECT PERSONAL INFORMATION

**Enroll in Monitoring Services**

**1. Website and Enrollment.** Go to https://response.idx.us/aleraemployees/ and follow the instructions for enrollment using the following Enrollment Code _____. Please note the deadline to enroll is August 21, 2025.

**2. Activate the credit monitoring** provided as part of your IDX identity protection membership. The monitoring included in the membership must be activated to be effective. Note: You must have established credit and access to a computer and the internet to use this service. If you need assistance, IDX will be able to assist you.

**3. Telephone.** Contact IDX at 1-877-732-2719 to gain additional information about this event and speak with knowledgeable representatives about the appropriate steps to take to protect your credit identity.

**Monitor Your Accounts**

Under U.S. law, a consumer is entitled to one (1) free credit report annually from each of the three (3) major credit reporting bureaus, Equifax, Experian and TransUnion. To order a free credit report, visit http://www.annualcreditreport.com or call, toll-free, 1 (877) 322-8228. Consumers may also directly contact the three (3) major credit reporting bureaus listed below to request a free copy of their credit report.

Consumers have the right to place an initial or extended "fraud alert" on a credit file at no cost. An initial fraud alert is a one (1) year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If consumers are the victim of identity theft, they are entitled to an extended fraud alert, which is a fraud alert lasting seven (7) years. Should consumers wish to place a fraud alert, please contact any of the three (3) major credit reporting bureaus listed below.

As an alternative to a fraud alert, consumers have the right to place a "credit freeze" on a credit report, which will prohibit a credit bureau from releasing information in the credit report without the consumer's express authorization. The credit freeze is designed to prevent credit, loans and services from being approved in a consumer's name without consent. However, consumers should be aware that using a credit freeze to take control over who gets access to the personal and financial information in their credit report

2

may delay, interfere with or prohibit the timely approval of any subsequent request or application they make regarding a new loan, credit, mortgage or any other account involving the extension of credit. Pursuant to federal law, consumers cannot be charged to place or lift a credit freeze on their credit report. To request a credit freeze, individuals may need to provide some or all of the following information:

1. Full name (including middle initial as well as Jr., Sr., II, III, etc.);
2. Social Security number;
3. Date of birth;
4. Addresses for the prior two (2) to five (5) years;
5. Proof of current address, such as a current utility bill or telephone bill;
6. A legible photocopy of a government-issued identification card (state driver's license or ID card, etc.); and
7. A copy of either the police report, investigative report or complaint to a law enforcement agency concerning identity theft if they are a victim of identity theft.

Should consumers wish to place a credit freeze or fraud alert, please contact the three (3) major credit reporting bureaus listed below:

| Equifax | Experian | TransUnion |
|---|---|---|
| https://www.equifax.com/personal/credit-report-services/ | https://www.experian.com/help/ | https://www.transunion.com/credit-help/ |
| 1 (888) 298-0045 | 1 (888) 397-3742 | 1 (888) 799-5355 |
| Equifax Fraud Alert, P.O. Box 105069 Atlanta, GA 30348-5069 | Experian Fraud Alert, P.O. Box 9554, Allen, TX 75013 | TransUnion Fraud Alert, P.O. Box 2000, Chester, PA 19016 |
| Equifax Credit Freeze, P.O. Box 105788 Atlanta, GA 30348-5788 | Experian Credit Freeze, P.O. Box 9554, Allen, TX 75013 | TransUnion Credit Freeze, P.O. Box 160, Woodlyn, PA 19094 |

**Additional Information**

Consumers may further educate themselves regarding identity theft, fraud alerts, credit freezes, and the steps they can take to protect their personal information by contacting the consumer reporting bureaus, the Federal Trade Commission, or their state Attorney General. The Federal Trade Commission may be reached at: 600 Pennsylvania Avenue NW, Washington, D.C. 20580; https://www.identitytheft.gov; 1 (877) ID-THEFT (1 (877) 438-4338); and TTY: 1 (866) 653-4261. The Federal Trade Commission also encourages those who discover that their information has been misused to file a complaint with them. Consumers can obtain further information on how to file such a complaint by way of the contact information listed above. Consumers have the right to file a police report if they ever experience identity theft or fraud. Please note that in order to file a report with law enforcement for identity theft, consumers will likely need to provide some proof that they have been a victim. Instances of known or suspected identity theft should also be reported to law enforcement, the relevant state Attorney General and the Federal Trade Commission. This notice has not been delayed by law enforcement.

*For District of Columbia residents*, the District of Columbia Attorney General may be contacted at: 400 6th Street, NW, Washington, D.C. 20001; (202) 442-9828; and https://oag.dc.gov.

*For Maryland residents*, the Maryland Attorney General may be contacted at: 200 St. Paul Place, 16th Floor, Baltimore, MD 21202; 1 (410) 576-6300 or 1 (888) 743-0023; and https://www.marylandattorneygeneral.gov/.

*For New Mexico residents*, consumers have rights pursuant to the Fair Credit Reporting Act, such as the right to be told if information in their credit file has been used against them, the right to know what is in their credit file, the right to ask for their credit score, and the right to dispute incomplete or inaccurate information. Further, pursuant to the Fair Credit Reporting Act, the consumer reporting bureaus must correct or delete inaccurate, incomplete or unverifiable information; consumer reporting agencies may not report outdated negative information; access to consumers' files is limited; consumers must give consent for credit reports to be provided to employers; consumers may limit "prescreened" offers of credit and insurance based on information in their credit report; and consumers may seek damages from violators. Consumers may have additional rights under the Fair Credit Reporting Act not summarized here. Identity theft victims and active-duty military personnel have specific additional rights pursuant to the Fair Credit Reporting Act. We encourage consumers to review their rights pursuant to the Fair Credit Reporting Act by visiting

https://www.consumerfinance.gov/f/201504_cfpb_summary_your-rights-under-fcra.pdf, or by writing Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.

*For New York residents*, the New York Attorney General may be contacted at: Office of the Attorney General, The Capitol, Albany, NY 12224-0341; 1 (800) 771-7755; or https://ag.ny.gov; and New York Department of State Division of Consumer Protection, One Commerce Plaza, 99 Washington Ave., Albany, NY 12231-0001, 518-474-8583 / 1-800-697-1220, http://www.dos.ny.gov/consumerprotection.

*For North Carolina residents*, the North Carolina Attorney General may be contacted at: 9001 Mail Service Center, Raleigh, NC 27699-9001; 1 (877) 566-7226 or 1 (919) 716-6000; and https://www.ncdoj.gov.

*For Rhode Island residents*, the Rhode Island Attorney General may be reached at: 150 South Main Street, Providence, RI 02903; https://www.riag.ri.gov; and 1 (401) 274-4400. Under Rhode Island law, individuals have the right to obtain any police report filed in regard to this event. There are approximately 22 Rhode Island residents that may be impacted by this event.

This email was sent by: IDX to sophia.grubb@aleragroup.com
4145 SW Watson Ave #400, Beaverton, OR 97005 US
Privacy Policy
Click here to unsubscribe